JAMES B. BRADBURY *vs.* CHARLES BEDBURY.

October 5, 1883.

This action was brought in the district court for Lyon county, to recover possession of a piano, and was tried by *Baldwin,* J., without a jury. Judgment was ordered for defendant, and plaintiff appeals from an order by *Webber,* J., refusing a new trial.

*Forbes & Seward,* for appellant.

*M. E. Mathews,* for respondent.

*By the Court.* There is only a question of fact in this case, and the evidence would justify a finding of all the facts necessary to sustain the judgment. The facts found justify the judgment, and, if appellant desired a finding on other facts, or a more specific statement of the facts found, he should have asked the court below to make such finding or statement.